# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America <br> v. <br> Lawrence J. Chase <br> D.O.B. 5/26/2003 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 25-mj-617 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Feb. 24, 2025 - Mar. 27, 2025  in the county of  Winnebago  in the
Eastern  District of  Wisconsin , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Production of child pornography |
| Title 18, United States Code, Section 1470 | Transmission of obscenity to a minor |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Jennifer L. Peterson*
*Complainant's signature*

Jennifer L. Peterson, FBI Special Agent
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 8/4/2025

*Tiffany Woelfel*
*Judge's signature*

City and state: Green Bay, Wisconsin

Honorable Tiffany E. Woelfel, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Jennifer L. Peterson, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been as such since December 2008. Upon graduation from the FBI Academy in Quantico, Virginia, I was assigned to the Chicago Division until December 2019. While at that duty station I was assigned to work cases involving several violations to include violent crime, narcotics trafficking and crimes related to child exploitation, child pornography and child sex trafficking. As part of my duties, I investigated violations pertaining to the enticement of minors to engage in illegal sexual activity, production of child pornography pursuant to Title 18, United States Code, Section 2251(a) and transmission of obscenity to a minor pursuant to Title 18, United States Code, Section 1470. In January 2020 I transferred to the Tucson, AZ Division where I investigated violent crimes for approximately one year and then transferred to the Milwaukee Division at the end of 2020, where I continued to work child exploitation crimes. As a Special Agent of the Federal Bureau of Investigation, I am authorized to investigate violations of the criminal laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents, officers, and witnesses whom I believe to be truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that LAWRENCE J. CHASE, date of birth May 26, 2003, (hereinafter "LAWRENCE"), committed violations of Title 18, United States Code, Section

2251(a) "production of child pornography," and Title 18, United States Code, Section 1470 "transmission of obscenity to a minor."

**Background and Probable Cause**

4.      On March 27, 2025, a parent reported to the Anne Arundel County Police Department (AAPD) in Pasadena, Maryland, that their minor daughter (hereinafter referred to as CV1) was involved in communicating with an adult male from Wisconsin via text messages, telephone number 920-850-7869, and exchanging obscene material. The conversations were sexual in nature, with the adult male requesting to see nude photos and videos of CV1 to include her breasts, vagina, and touching herself. LAWRNECE sent nude pictures of himself in return.

5.      Upon interviewing CV1, CV1 disclosed to AAPD she met the male individual who introduced himself as LAWRENCE, approximately two weeks prior to reporting on the app called Y99.in, which is a chat room. CV1 advised the two began texting and exchanging nude photos of each other. CV1 said she told LAWRENCE that she was 11 years old, and his response was "okay." LAWRENCE stated he was 21 or 22 years old and was from Wisconsin.

6.      Between February 24, 2025, and March 27, 2025, a total of 192 photos were sent between CV1 and LAWRENCE. LAWRENCE sent 56 photos in which his face can clearly been seen. LAWRENCE sent 21 photos that show his penis, both erect and non-erect, and testicles. CV1 sent 14 photos that were explicit and suggestive in nature. A total of 57 videos were sent between the two of them. CV1 sent 13 videos to LAWRENCE and LAWRENCE sent CV1 20 videos that were sexually explicit.

7.      On March 1, 2025, the following exchanges occurred:

12:54PM - LAWRENCE sent a video of himself masturbating.
12:58PM - LAWRENCE asks, *"Can I see under your shirt please?"*
1:02PM - CV1 sent an image of her left breast.
1:03PM - LAWRENCE says, *"Can I see something else mommy."*
CV1 says, *"Depends what it is."*
LAWRENCE says, *"Your pussy mommy."*

9:45PM - CV1 asks, *"What's your real name?"*
LAWRENCE says, *"Lawrence hbu."*
CV1 responds *"CV1, sorry I'm asking."*

8. On March 16, 2025, the following exchanges occurred:

10:57PM - LAWRENCES says, *"Can I have another video of your pussy please mommy."*
11:00PM - CV1 sends a one minute and one second video file showing her touching and exposing her vagina.
11:02PM - LAWRENCE sends CV1 a picture of his penis with what appears to be semen on his stomach/waist.
10:41PM - LAWRENCE sends another image of his genitals.
10:44PM – LAWRENCE sends a video of himself masturbating.

9. On March 19, 2025, the following exchanges occurred:

7:48PM - CV1 says, *"I've been lying to you about something and I feel so damn bad about it."* CV1 then goes on to say that she isn't 20.
LAWRENCE asks, *"How old are you?"*
CV1 says she is 14 years old.
LAWRENCE asks why she lied.
CV1 says, *"I just thought you wouldn't want to date me…"*
LAWRENCE says, *"I do tho."*
CV1 says, *"Do you still?"*
LAWRENCE says, *"Yes."*

10. On March 20, 2025, at 8:05PM, LAWRENCE said, *"I want to eat your pussy out so badly."* On March 21, 2025, at 7:18AM CV1 asks LAWRENCE what kind of picture he wants. LAWRENCE says, *"I want to see your pussy and tits and if you can your ass hehehe."* CV1 then sent two pictures at 7:59AM of her breasts and vagina. Then at 8:04AM CV1 sent a picture of her bare buttocks. On March 22, 2025, the two exchanged more explicit pictures. At 9:38PM, LAWRENCE also asks, *"Can I have a video of you playing with your pussy??"*

11. On April 4, 2025, a Grand Jury Subpoena was sent to Verizon for subscriber and account information for 920-850-7869. On April 28, 2025, Verizon responded with subscriber information as Jeffrey Ryan Dalrymple, 624 Broad Street, Menasha, Wisconsin 54952. A Facebook search of Jeffrey Dalrymple in Menasha yielded one result with a male subject married to Stephanie Dalrymple, mother of LAWRENCE. Stephanie's account revealed photos of a

male individual identified as LAWRENCE. LAWRENCE's profile was subsequently found in connection with Stephanie.

12. AAPD searched the CLEAR database and found data associated with LAWRENCE (DOB 05/XX/2003). During a previous discussion. LAWRENCE disclosed to CV1 that his birthday was May 26. Upon searching LAWRENCE J. CHASE, DOB 05/26/2003, his driver's license photo matched the LAWRENCE seen in the photos that were exchanged with CV1.

13. A review of Accurint records and records obtained from NCIC/Wisconsin for LAWRENCE J. CHASE, 622 Broad Street, Menasha, WI revealed LAWRENCE J. CHASE, DOB May 26, 2003, and SSAN 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.

14. Based on the above-stated facts, I believe there is probable cause to believe that between approximately February 24, 2025, and March 27, 2025, in the State and Eastern District of Wisconsin, Lawrence J. Chase, committed a violation of Title 18, United States Code, Section 2251(a) and (e), "production of child pornography," and committed a violation of Title 18, United States Code, Section 1470, "transmission of obscenity to a minor."

*Jennifer L. Peterson*
Special Agent Jennifer L. Peterson
Federal Bureau of Investigation

Subscribed and sworn before me this __4th__ day of __August__, 2025.

*Tiffany Woelfel*
The Honorable Tiffany E. Woelfel
United States Magistrate Judge