Dear Judge Bryon B Conway

Hello my name is Stephanie Dalrymple my son is Lawrence chase, Honestly this letter is something I don't even know where to begin because how do you honestly start explaining your son in a few short words, this is so hard to do. Lawrence isn't a bad kid he just lost his way. Lawrence is the oldest child of 4 kids, I had Lawrence at the age of 20 so we basically grew up together, Lawrence is a very hard working started working atthe age 14 he went to the tech because of covid during that time he worked 2 jobs . Lawrence was a manager at Wendy's until they closed down, Lawrence is one of the sweetest, kindest, and hard working person I know, I miss him so much. Lawrence has been gone since august and he already has missed so much, my birthday, his nephew being born, step dad birthday his sister birthday, thanksgiving, Christmas. I don't know how we are going to survive without him but in know we need to try. But it is seriously so hard. I miss smile, hugs playing cards with him. This has effect all of us. My younger kids are so sad without there brother being here. I know nothing I say is going to make this easier on anyone but just want you to know this is so hard without him. Lawrence worked with me at McDonalds and customers ask me all the time saying they miss his smile. My biggest fear is when Lawrence goes to prison what that is going to do to him. I don't want anything bad to happen to him well he is there. I honestly wish he doesn't get sentenced that long I understand what he did is not okay at all. Also my biggest fears is something happens to my parents when Lawrence is gone because I know Lawrence will never forgive him self. Lawrence is going to miss his nephew growing up his siblings its son sad doing life without him. I wish I would of taken more photos, vacations and his hugs more than anything. Lawrence was diagnosed at the age of 5 for adhd he was on medicine until 17 when Lawrence stopped cold turkey, Lawrence has never had close friends and has always been a loner . Lawrence does not have a close relationship with his dad and stopped going there at the age of 14 Lawrence still takes it hard and says why does my dad not care about me, Lawrence is truly heartbroken he has no relationship with his dads family at all. Thank you for reading this and your time.

Sincerly.

Stephanie Dalrymple

**EXHIBIT A**



To the Honorable Judge,

My name is Amber Sonnenberg, I am Lawrence Chase's aunt. I want to thank you for taking the time to read my letter. I am writing this letter in hopes to give you my insight on my nephew Lawrence.

Lawrence has always been a kind kid with a sweet soul, Willing to help anyone. Lawrence has had many personal trials and tribulations, but that never wavered his heart. Lawrence started ADHD medicine when he was just 5 years old. My belief is that it just changed him young. He became almost zombie-like but was still just a kid. It "helped" him at school, but I think it forever changed his growing brain. As he got older, they adjusted his medication, but he was never off meds until he turned 18 and just stopped on his own. I saw depression and anxiety more than help. He never had many friends and school was tough for him. He kept at it though and the smile on his face when he graduated was priceless. He loves to be around family because he was ours and we love him no matter what. In his early teen years his dad stopped all contact basically. I watched as he doubted himself even more. Tough for anyone to wonder why your dad doesn't care. The depression just continued to get worse and he used the internet as a friend, his only friend at times. To me, the internet is a scary place and it led him down paths he got lost in. It completely broke my heart. I wish I could have swooped in and saved him or shown him the way. I know Lawrence is an adult but to me he has a teenager mentality who is now in a very real adult world. Prison would only harden his heart and I fear the outcome of what kind of man he will become trying to protect himself from the inner workings of the prison life. What Lawrence did was wrong, he sees that now, I know he does. An Inpatient counseling center with probation following, community service helping others, that will make him grow and learn. His life isn't a waste, and he still has a lot to offer this world. I believe he needs to figure out why he does certain things to himself, and others, and that will help more than locking him away. If prison is necessary a few years will do its job followed up by mental help and again probation holding him accountable can be done without taking his whole life away.

Please know that I believe your job must be extremely difficult, choosing someone's future in hopes of guiding them down better paths and helping their life. Lawrence has a big family, we realize how much helps he needs now and we will also help as best we can. Prison, with all the hard criminals and drugs and violence, will hurt more than help, especially for an extended period of time. Lawrence is a hard worker, always holding down a job if not two. He's eager to learn and grow, I Know he can make the proper changes to better his life. I believe the time he's already spent incarcerated has made him realize.

Lawrence has many great qualities. He loves his family and his pets. He loves to learn new games and be with family on the holidays. Camping and sitting by the fire are some of the simple things in life he truly enjoys. Lawrence is very missed and loved. I am worried about Lawrence, his mom and step-dad, my parents (his grandparents) his siblings, all of us really. I know we will get through this in time with forgiveness. I pray for everyone that this has affected. This is a very difficult situation and again I thank you for taking the time to read and consider my letter.

Sincerely,

Amber Sonnenberg

1-11-26



1-5-2025

To
The Honorable Judge: Bryon Conway
We're Writing this letter in reguards the Lawerance Chase whos schuedled To appear in court on 1-30-2025. We're the grandparents to Lawerance. Lawerence is a very confused person, at times he dosent know right from wrong. Lawerance is a very good person and I think if he new the end result to all of this I dont think this would of happened. As far as what happened with no contact at all just words etc back and forth the sentence that goes with this seems totally way to much. I know there has to be some incarcuration but along with that we think he definitly needs counceling

Sincerely
Rick & Cathy Robbins

Thankyou

To whom this may concern,

My name is Michelle Meyer, I have known and been around Lawrence since he was born. I am friends with his Aunt Amber Sonnenberg, and through her, her family also became dear to me, her parents, siblings, aunts, uncles, and cousins. I have owned and operated the 3rd St. Diner for 18 years(managed it the prior 10, a total of 28 years) Amber has been with me for 25 of those years. We have had many members of her family work for us, so I also got to know various family members that way.  Lawrence was one of them. Amber gets hesitant about who she advocates for in having a job, whether they are a friend, or family. She's very professional and never wants someone she puts a good word in for, make her look bad. She suggested Lawrence when he turned 16. I readily agreed as, like I said, have been around him in various settings since he was born. My daughter has had an annual Halloween party,

since she was 5. I invited Amber's sisters, along with their kids, and also her parents because they love being with all the grandkids whenever possible. Lawrence was probably 13 maybe for her 1st one. He was kind, a big help, and you could tell he actually enjoyed it as well. So knowing what a help he was for me, that year and the next couple, when she asked about Lawrence getting a job it was yes for sure! He took direction well at work, very reliable, wanted to learn, wanted to please everyone, if something arose he didn't understand he asked. He started to see who the ones he could ask without feeling dumb. He hated feeling stupid. I reminded him that's why its called training, nobody automatically knows how to do everything without ever having to do  it. We have all kinds of people that have to be a team to be able to do what is needed to be done. Like I said before he is a

people pleaser. I or anyone could ask him a question and manipulate how he answers with  your tone or demeanor, like a toddler would almost.  Like, "Did you clean the fryer out for Pat?" (My tone being Pat was supposed to do it) he'd say no so Pat is not trouble. He cares more about peace and pleasing weather it's true or not. He just doesn't want to get others in trouble or hated or bullied or targeted. Chase is a loner but not by choice, he gets picked on when he doesn't understand.  He worries about what others think of him and as I said of feeling stupid. He just wants friends but functions at a lower level. I think the internet helped him feel like he had friends. He gets emotionally attached fast when he finally feels loved by someone. Yes he's 22 but seems to be stuck at like age 15. Except not a lot of 15 year olds listen to ma, work as hard as he does, stays unheard, and unseen because of not knowing at all how to be even a little independent. Not even a license, forced to live on the other side of the duplex from mom, or she'd take all his money and he would have nothing. He cant drive, so no car to get to a different job other than one she's at. No car, money, and for some reason nothing in him to even rebel against her. He just listens and does what he is told. Prison is not the place for him. I feel a life coach is needed. Thank you for your time in reading this. Michelle Meyer.

To All Concerned Parties,

My name is Tim Sonnenberg, I am Lawernce Chases' uncle. I have known Lawernce his entire life. He has always been a good kid, and I do not know anyone who has a problem with him. In my experience he would give you the shirt off his back and not think twice. I have many memories of playing games outside with him. He has always been very honest and happy to help when he could. He has had to face many adversities in his years of life. I believe his time in prison will make his good nature disappear. In communications with him recently I know he is being taken advantage of by the other inmates. Please consider placing him in a facility that can help him with his problems rather than throw him to the wolves where his problems will grow exponentially.

Thank you for your consideration.

1/5/26

Dear Judge Conway, I'm Lawrence younger Sister Abby. I miss Lawrence everyday [illegible] he protected me [illegible] every thing, I [illegible] Lawrence [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] my [illegible] So [illegible] [illegible] support [illegible] [illegible] [illegible] help get [illegible] [illegible] [illegible] I miss [illegible] [illegible] I heart [illegible] go by everday without him.

Sincerly Abby ♡ Huber

To Judge Bryon B Conway

Hi, my name is Jeff Dalrymple I'm Lawrences stepdad I've known Lawrence since he was 8 years old. Lawrenc is a good, great, and caring guy. He's a very hard worker and worked two jobs fora while. He's the type of guythatwillgiveyou his lastdollarto let you get something to eat and not expect anything in return. Me and Lawrence like to play video games and go to the arcade to play laser tag. I miss Lawrence so much. I feel like I lost my best friend.

Thank you for taking the time to read this.

Sincerely Jeff Dalrymple