U.S. Department of Justice
Federal Bureau of Prisons
Washington, D.C.

**Reentry Services Division**                                                                                    **August 2025**

# First Step Act Approved Programs Guide



The Federal Bureau of Prisons (Bureau) protects public safety by ensuring those in federal prison receive relevant and meaningful reentry programming to support their return to the community as law-abiding citizens. Reentry efforts increase opportunities, reduce recidivism, promote public safety, and reduce institution misconduct. To this end, the Bureau is committed to provide a robust menu of programs to address thirteen need areas for a diverse population of various security levels located across the nation.

EXHIBIT B

Case 1:25-cr-00162-BBC    Filed 01/27/26    Page 1 of 2    Document 19-2

# SEX OFFENDER TREATMENT PROGRAM NON-RESIDENTIAL

## DESCRIPTION

The Non-Residential Sex Offender Treatment Program (SOTP-NR) is designed to target dynamic risk factors associated with re-offense in sexual offenders, as demonstrated by empirical research. These factors include sexual self-regulation deficits and sexual deviancy; criminal thinking and behavior patterns; intimacy skills deficits; and emotional self-regulation deficits. The SOTP-NR uses cognitive- behavioral techniques, with a primary emphasis on skills acquisition and practice.

The SOTP-NR is available in nine institutions with varying security levels. Ordinarily individuals will participate in the program during the remaining 36-48 months of their sentence.

Most participants in the SOTP-NR have a history of a single sexual offense and many may be first- time offenders serving a sentence for an internet-based sexual crime. Programming is voluntary. Prior to placement in the SOTP-NR, potential participants are screened with a risk assessment tool to ensure their offense history matches with moderate intensity sexual offender specific treatment.

## CREDITED HOURS

144

## LOCATIONS

| | | | |
|---|---|---|---|
| FMC Carswell (women only) | FCI Elkton | FCI Englewood | FCI Marianna |
| FCI Marion | FCI Milan | FCI Petersburg | FCI Seagoville |
| USP Tucson | | | |

## NEEDS

Will change the antisocial peers and cognitions need from YES to NO.

## RISK

Will decrease risk points for program completions category.

## AUTHORIZED FACILITATORS

To ensure program fidelity and proper credit, the Non-Residential Sex Offender Treatment Program must be delivered by Psychology Services. Please refer to **PS 5324.10 Sex Offender Programs**, for further guidance.