1/5/26

Dear Judge Conway, I'm Lawrence younger sister Abby. I miss Lawrence everyday as he protected me for any thing, I miss talking to Lawrence as I would come back to my dad and tell him how it was, I don't have best relationship with my father so it was nice for my his support, I miss him being the "tall kid" he would all ways help get high stuff on the top shelf, I miss his smile, his hummer. I hard to go by everyday without him.

Sincery Abby ♡ Huber